UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE DAPPER,

        Plaintiff,

v.

BRINDERSON, LLC, et al.,

        Defendants.

C23-0632 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' stipulated motion to extend pretrial deadlines and trial date, docket no. 49, is GRANTED as follows.

| **JURY TRIAL DATE** | **March 24, 2025** |
|---|---|
| Length of trial | 5–8 days |
| Deadline for amending pleadings | September 3, 2024 |
| Disclosure of expert testimony | September 3, 2024 |
| Discovery motions filing deadline | October 24, 2024 |
| Discovery completion deadline | December 2, 2024 |

MINUTE ORDER - 1

| | |
|---|---|
| Dispositive motions filing deadline | January 2, 2025 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | January 9, 2025 |
| Motions in limine filing deadline | February 20, 2025 |
| Agreed pretrial order due | March 7, 2025 |
| Trial briefs, proposed voir dire questions, and jury instructions due | March 7, 2025 |
| Pretrial conference | March 14, 2025 at 10:00 a.m. |

(2) All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 24, including the deadline for joining additional parties, shall remain in full force and effect. The provisions of the Minute Order Setting Trial and Related Dates, docket no. 24, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of the trial exhibits, and immediate communication to the Court of any settlement remain in full force and effect.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of February, 2024.

Ravi Subramanian  
Clerk

s/Laurie Cuaresma  
Deputy Clerk

MINUTE ORDER - 2