UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHANIE DAPPER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRINDERSON, LLC, et al.,<br><br>　　　　　　　Defendant. | C23-0632 TSZ<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　　(1)　　The parties' stipulated motion to extend to extend expert-related deadlines, docket no. 57, is GRANTED as follows:

| **EVENT** | DEADLINE |
|---|---|
| Disclosure of expert testimony | October 4, 2024 |
| Expert discovery completion deadline | January 2, 2025 |

　　　　(2)　　The parties' stipulated motion for relief from deadline and to continue noting date, docket no. 58, is GRANTED. Defendant's motion for protective order, docket no. 52, is renoted to September 20. 2024. Plaintiff's response, docket no. 55, is deemed timely by the Court.

　　　　(3)　　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

MINUTE ORDER - 1

Dated this 13th day of September, 2024.

                                                          Ravi Subramanian
                                                          Clerk

                                                          s/Laurie Cuaresma
                                                          Deputy Clerk

MINUTE ORDER - 2