UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE DAPPER,

        Plaintiff,

   v.

BRINDERSON, LLC, et al.,

        Defendants.

C23-0632 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    This matter having come before the Court on Defendant Marathon Petroleum Company LP's ("Marathon") Motion for Protective Order ("Motion"), docket no. 79, and the Court having considered Marathon's Motion, any documents filed in support of and opposing the Motion, *see* Plaintiff's Response (docket no. 91) and *see* Marathon's Reply (docket no. 96), and Marathon's argument at the status conference on November 21, 2024, the Motion for Protective Order is GRANTED. Plaintiff's Notice of Videotaped Deposition of Defendant Marathon Pursuant to Rules 30(b)(6), 30(b)(2), and 34 (the "Notice"), docket no. 92-1, is limited as follows:

        (a)    The definition of "Marathon" in the Notice is limited to only Marathon's Anacortes refinery (the "Refinery").

        (b)    Topic 2, which demands testimony regarding "Marathon's contracts or agreements with Brinderson regarding Brinderson employees working on Marathon worksites" is limited to contracts and agreements related only to the Refinery between January 1, 2020, and the present.

(c) Topics 4-7, which demand testimony regarding "policies, procedures, practices, and trainings" are limited to those in effect only at the Refinery from January 1, 2019, and the present.

(d) Topic 9 is limited to the number and types of complaints filed from January 1, 2017, to the present "of sexual harassment, hostile work environment, gender discrimination, or retaliation" referring or relating to any of Marathon's locations at which Brinderson employees are contracted.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of November, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2