UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHANIE DAPPER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BRINDERSON, LLC, a foreign limited liability company, AEGION ENERGY SERVICES, LLC, a foreign limited liability company, and MARATHON PETROLEUM COMPANY, LP, a foreign limited partnership,<br><br>Defendants. | C23-0632 TSZ<br><br>**ORDER** |

The Parties' Stipulated Motion to Extend Time to Complete Rule 30(b)(6) Deposition of Marathon Petroleum Company, LP, docket no. 103, is GRANTED. The parties shall complete the deposition by December 20, 2024. All other deadlines shall remain in effect.

DATED this 16th day of December, 2024.

Thomas S. Zilly
United States District Judge

ORDER - 1