UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE DAPPER,

        Plaintiff,

    v.

BRINDERSON, LLC, et al.,

        Defendants.

C23-0632 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court hereby ORDERS all motions in limine[1] to be presented in a joint submission filed by March 3, 2025, and such joint submission shall be noted for the same day it is filed. The joint submission shall contain (i) an introductory statement, summarizing the case and the context for any evidentiary disputes; (ii) a list of any agreed motions in limine; and (iii) any disputed motions in limine, each set forth under a separate heading, below which the moving party will state its position and supporting legal authority, and the opposing party will do the same. Plaintiff's disputed motions in limine shall be sequentially numbered; defendant's disputed motions in limine shall be identified in alphabetical order. The joint submission must also include a certification that the parties have made a good faith effort to confer to resolve any matters in dispute. Such a good faith effort requires a face-to-face meeting or a telephone conference.

---

[1] This Minute Order shall not apply to motions related to expert testimony (*e.g.*, Daubert motions).

MINUTE ORDER - 1

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of January, 2025.

                                                    Ravi Subramanian
                                                    Clerk

                                                    s/Laurie Cuaresma
                                                    Deputy Clerk