UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE DAPPER,

        Plaintiff,

v.

BRINDERSON, LLC, et al.,

        Defendants.

C23-0632 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to seal, docket no. 134, is GRANTED. The defendants' joint motion to exclude plaintiff's expert witnesses, docket no. 135, and exhibits 3 and 5 thereto, docket nos. 136 and 137 respectively, shall remain under seal. The plaintiff's motion to exclude defense expert Elizabeth Zielger, Ph.D., and exhibit 4 thereto, docket nos. 140 and 142 respectively, shall remain under seal.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of January, 2025.

                Ravi Subramanian
                Clerk

                s/Laurie Cuaresma
                Deputy Clerk

MINUTE ORDER - 1