# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEPHANIE DAPPER,<br><br>       Plaintiff,<br><br>  v.<br><br>BRINDERSON, LLC, a foreign limited liability company, AEGION ENERGY SERVICES, LLC, a foreign limited liability company, and MARATHON PETROLEUM COMPANY, LP, a foreign limited partnership,<br><br>       Defendants. | C23-0632 TSZ<br><br>ORDER |

The Court having been advised during the telephonic status conference on February 5, 2025, docket no. 170, that all claims against defendant Marathon Petroleum Company, LP, have been resolved,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED against Marathon with prejudice. Marathon's pending motion for summary judgment, docket no. 123, is STRICKEN as moot.

ORDER - 1

In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **30** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 5th day of February, 2025.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 2