# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

STEPHANIE DAPPER,

        Plaintiff,

v.

BRINDERSON, LLC,

        Defendant.

C23-0632 TSZ

ORDER

The Court having been advised by email on February 14, 2025, that all claims against Defendant Brinderson, LLC, have been resolved,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice. The trial date of March 24, 2025, all remaining dates and deadlines, and all pending motions are STRICKEN.

In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **30** days of the date of this Order.

The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 14th day of February, 2025.

                                                    Thomas S. Zilly
                                                    United States District Judge

ORDER - 1